JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Tizeyah Obryant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>TIZEYAH OBRYANT<br>Defendant. | 23-7 WHO<br><br>STIPULATION TO CONTINUE STATUS TO SEPTEMBER 24, 2026, AND ORDER<br><br>Judge: HON. THOMAS S. HIXSON |

IT IS HEREBY STIPULATED by the parties to this action that the Status hearing currently set for August 19, 2026, be continued to September 24, 2026. The defense, probation and government continue to negotiate a resolution.

Undersigned counsel conferred with Probation and the Government, and neither party objects to the continuance to September24, 2026.

DATED: August 19, 2026

/S/
KARTHIK RAJU
Assistant Federal Public Defender

DATED: August 19, 2026

/S/
WENDY GARBERS

Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status hearing currently set for August 20, 2026, is vacated and reset to Status on September 24, 2026.

IT IS SO ORDERED.

DATED: August 19, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE